

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| ALFONSO DAVILA, | § | No. 08-23-00253-CR |
| Appellant, | § | Appeal from the |
| v. | § | 143rd Judicial District Court |
| THE STATE OF TEXAS, | § | of Reeves County, Texas |
| Appellee. | § | (TC#20-02-08685-CRR) |

## <u>MEMORANDUM OPINION</u>

This appeal is before the Court on Appellant's voluntary motion to withdraw the appeal. *See* TEX. R. APP. P. 42.2(a) (governing voluntary dismissal of appeals in criminal cases). Appellant represents in the motion that he no longer wishes to pursue this appeal. The motion is signed by Appellant and his counsel. We have not yet issued an opinion in this case. Accordingly, we grant the motion to dismiss, and dismiss the appeal. *See* TEX. R. APP. P. 42.2(a).

GINA M. PALAFOX, Justice

December 5, 2023

Before Palafox, J., Soto, J., and Marion, C.J. (Ret.)
Marion, C.J. (Ret.) (Sitting by Assignment)

(Do Not Publish)